# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 7, 2014

## NO. 03-14-00174-CV

**A. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on March 27, 2014. A.W. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because A.W. is indigent and unable to pay costs, no adjudication of costs is made.